**No. 48677.**—Protests 634370–G, etc., of Roethlisberger & Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.

**No. 48678.**—Protests 652922–G, etc., of Roethlisberger & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and the cited cases, the following allowances were made by the court to compensate for the foreign substances on the outside of certain cheese: (1) 2½ precent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269; (2) 1 percent for that similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra;* and (3) an allowance was also made for the weight of the paper or foil, or both, in which certain cheese was wrapped, following *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955). Protests sustained to this extent.

**No. 48679.**—Protests 678165–G, etc., of Kraft Phenix Cheese Corp. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and the cited cases, the following allowances were made by the court to compensate for the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269; (2) 1 percent for that similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra;* and (3) an allowance was also made for the weight of the paper or foil, or both, in which certain cheese was wrapped, following *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955). Protests sustained to this extent.

AUGUST 10, 1943

**No. 48680.**—————Protests 90875–K, etc., of Leval & Co., Inc.————— Plaintiff's application for rehearing granted.

**No. 48681.**—————Protests 10326–K, etc., of Balfour, Guthrie & Co., Ltd.————— Plaintiff's application for rehearing denied.

AUGUST 10, 1943

**No. 48682.**—SUIT 4425.————————*Thos. Cook & Son-Wagons-Lits, Inc.* v. *United States.* C. D. 705 affirmed. C. A. D. 245.

AUGUST 12, 1943

**No. 48683.**—SUIT 4421.————————*Sears, Roebuck & Co. et al.* v. *United States.* Reap. Dec. 5728 affirmed. C. A. D. 246.